IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02011-BNB

MR. TONEY L. BROWN,

    Applicant,

v.

JOHN CHAPDELINE, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

ORDER TO FILE SUPPLEMENT TO PRELIMINARY RESPONSE

---

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 filed on August 3, 2011, the Court ordered Respondents to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies. On November 17, 2011, Respondents filed a Pre-Answer Response and on January 18, 2012, Applicant filed a reply to the Pre-Answer Response.

Respondents argue in the Pre-Answer Response that the application is barred by the one-year limitation period in 28 U.S.C. § 2244(d) and that Applicant's claims are unexhausted and procedurally barred. Applicant raises a number of arguments in his reply regarding statutory and equitable tolling of the one-year limitation period and exhaustion of state remedies that Respondents have not had an opportunity to address. Therefore, Respondents will be directed to file a supplement to the Pre-Answer Response that addresses the arguments Applicant raises in his reply if Respondents

wish to respond to those arguments.  Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondents shall file a supplement to the Pre-Answer Response that complies with this Order if Respondents wish to respond to the arguments Applicant raises in his reply.  It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of any supplement to the Preliminary Response** Applicant may file a Reply to the supplement, if he desires.

DATED January 24, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge