**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02011-BNB

MR. TONEY L. BROWN,

    Applicant,

v.

JOHN CHAPDELINE, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Motion for Extension of Time and Request to Provide Applicant With Another Copy of the Respondents' Supplement to Pre-Answer Response (ECF No. 25), filed on April 6, 2012, is GRANTED. Respondents are directed to serve on Applicant within **seven (7) days from the date of this minute order** another copy of their Supplement to Pre-Answer Response (ECF No. 24) filed in this action on March 15, 2012, and to file with the court a certificate of service describing the date and manner of service. Applicant shall have **twenty-one (21) days** after he is served with another copy of the Supplement to Pre-Answer Response to file a reply to the supplement.

    Applicant's Motion Requesting the Court to Allow the Applicant to File a Response to the Magistrate Judge Findings and Recommendations (ECF No. 19) filed on January 18, 2012, is DENIED as unnecessary. Applicant will be provided an opportunity to file a response to any recommendations that may be entered in this action.

Dated: April 9, 2012